December 8, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

KATZ BOUTIQUE 1, KATZ BOUTIQUE 2, KATZ BOUTIQUE 3, KATZ BOUTIQUE 5, KATZ BOUTIQUE 6 AND KATZ BOUTIQUE 7, Appellant

NO. 14-15-00803-CV                          V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on September 2, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Katz Boutique 1, Katz Boutique 2, Katz Boutique 3, Katz Boutique 5, Katz Boutique 6 and Katz Boutique 7.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.